McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | [~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
|---|---|
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (530) 353-9827 | 2:18-SW-0846 AC |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (530) 552-9131 | 2:18-SW-0852 DB |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (530) 353-9827 | 2:18-SW-0888 EFB |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (530) 552-8885 | 2:18-SW-0944 EFB |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 3/8/19

_____
The Honorable Allison Claire
UNITED STATES MAGISTRATE JUDGE

ORDER TO REQUEST TO UNSEAL SEARCH
WARRANTS AND SEARCH WARRANT
AFFIDAVITS

1